1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   ARNEL D. TABAFUNDA,                          1:16-cv-00657-MJS (HC)

12                 Petitioner,

13          v.                                     ORDER TRANSFERRING CASE TO THE
                                                   UNITED STATES DISTRICT COURT FOR
14   SUPERIOR COURT OF CALIFORNIA,                 THE CENTRAL DISTRICT OF
     COUNTY OF RIVERSIDE,                          CALIFORNIA
15
                 Respondent.
16

17
            Petitioner, a state prisoner proceeding *pro se*, has filed a habeas corpus action
18
     pursuant to 28 U.S.C. § 2254.
19
            The federal venue statute requires that a civil action, other than one based on
20
     diversity jurisdiction, be brought only in "(1) a judicial district where any defendant
21
     resides, if all defendants reside in the same state, (2) a judicial district in which a
22
     substantial part of the events or omissions giving rise to the claim occurred, or a
23
     substantial part of the property that is the subject of the action is situated, or  (3) a
24
     judicial district in which any defendant may be found, if there is no district in which the
25
     action may otherwise be brought." 28 U.S.C.  §  1391(b).
26
            Venue for a habeas action is proper in either the district of confinement or the
27
     district of conviction.  28 U.S.C. § 2241(d).  The district court for the district wherein such
28

                                                   1

1    an application is filed in the exercise of its discretion and in furtherance of justice may

2    transfer the application to the other district court for hearing and determination. Id.

3         It is preferable for petitions challenging a conviction or sentence to be heard in the

4    district of conviction while petitions challenging the manner in which the sentence is

5    being executed be heard in the district of confinement. Dunne v. Henman, 875 F.2d 244,

6    249 (9th Cir. 1989). In this case, it appears that Petitioner is challenging a conviction

7    from Riverside County, which is in the Central District of California.  See 28 U.S.C. § 84.

8    Therefore, the petition should have been filed in the United States District Court for the

9    Central District of California. In the interest of justice, the petition will be transferred to

10   the United States District Court for the Central District of California. 28 U.S.C. §§ 1404(a)

11   and 2241(d).

12        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

13   United States District Court for the Central District of California.

14   IT IS SO ORDERED.

15

16        Dated:   May 11, 2016          /s/ *Michael J. Seng*

17                                        UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28